Same case below, 21 So. 3d 572.

**No. 09-9524. Richard L. Musser, Petitioner v. California.**

560 U.S. 909, 130 S. Ct. 3282, 176 L. Ed. 2d 1192, 2010 U.S. LEXIS 3959.

May 17, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

**No. 09-9528. Wayne Evans, aka Richard Wilson, Petitioner v. Texas.**

560 U.S. 909, 130 S. Ct. 3283, 176 L. Ed. 2d 1192, 2010 U.S. LEXIS 3883.

May 17, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 09-9545. Sylvia Jenkins, Petitioner v. Michael Murphy.**

560 U.S. 909, 130 S. Ct. 3283, 176 L. Ed. 2d 1192, 2010 U.S. LEXIS 4057.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 356 Fed. Appx. 500.

**No. 09-9547. Edwin D. Calligan, Petitioner v. Bill K. Wilson, Superintendent, Indiana State Prison.**

560 U.S. 909, 130 S. Ct. 3283, 176 L. Ed. 2d 1192, 2010 U.S. LEXIS 3957.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-9548. Edwin D. Calligan, Petitioner v. Bill K. Wilson, Superintendent, Indiana State Prison.**

560 U.S. 909, 130 S. Ct. 3283, 176 L. Ed. 2d 1192, 2010 U.S. LEXIS 3952.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-9551. Jeffrey Michael Charley, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections.**

560 U.S. 909, 130 S. Ct. 3283, 176 L. Ed. 2d 1192, 2010 U.S. LEXIS 4058.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9559. John L. Allen, Petitioner v. Glen Heinzl, et al.**

560 U.S. 909, 130 S. Ct. 3284, 176 L. Ed. 2d 1192, 2010 U.S. LEXIS 4036.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 351 Fed. Appx. 145.

**No. 09-9564. Adam W. Sharpe, Petitioner v. Tom Felker, Warden.**

560 U.S. 909, 130 S. Ct. 3284, 176 L. Ed. 2d 1192, 2010 U.S. LEXIS 3916.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.